# EXHIBIT 2

## IP ADDRESSES

| File Name: | Cell.2016.720p.WEB-DL.800MB.ShAaNiG.mkv |
|---|---|
| File Hash: | 7137AF3CBA43D0549186D0F1EDFCB503CA2390CF |
| ISP: | Comcast Communications Management, L.L.C. |

| No | IP | Port | Hit Date UTC | City | County |
|---|---|---|---|---|---|
| 1 | 73.155.167.181 | 6881 | 8/26/2016 4:12 | La Marque | Galveston |
| 2 | 73.206.234.7 | 42555 | 6/16/2016 12:43 | Humble | Harris |
| 3 | 73.232.145.99 | 38275 | 6/20/2016 1:30 | Spring | Harris |
| 4 | 73.232.147.234 | 51416 | 6/18/2016 19:53 | Richmond | Fort Bend |
| 5 | 73.255.19.118 | 50321 | 6/22/2016 5:09 | Cypress | Harris |
| 6 | 73.32.158.45 | 50321 | 6/20/2016 9:32 | Houston | Harris |
| 7 | 73.76.55.49 | 59184 | 6/10/2016 20:32 | Cypress | Harris |
| 8 | 76.30.117.254 | 50039 | 9/4/2016 1:05 | Houston | Harris |
| 9 | 76.30.58.79 | 10166 | 6/11/2016 4:40 | Houston | Harris |
| 10 | 76.31.18.233 | 50321 | 6/12/2016 3:48 | Houston | Harris |
| 11 | 76.31.188.166 | 47431 | 8/25/2016 3:41 | Baytown | Chambers |
| 12 | 76.31.87.86 | 60403 | 6/17/2016 1:07 | Houston | Harris |
| 13 | 98.194.217.67 | 55247 | 7/31/2016 1:49 | Houston | Harris |
| 14 | 98.194.8.160 | 50321 | 7/1/2016 22:15 | Houston | Harris |
| 15 | 98.197.126.205 | 57405 | 8/11/2016 23:18 | Houston | Harris |
| 16 | 98.197.158.245 | 50321 | 6/11/2016 1:57 | Lake Jackson | Brazoria |
| 17 | 98.199.242.111 | 50321 | 7/5/2016 4:58 | Houston | Harris |
| 18 | 98.200.137.27 | 43879 | 7/6/2016 5:17 | Pasadena | Harris |
| 19 | 98.201.246.163 | 50321 | 7/1/2016 19:44 | Houston | Harris |
| 20 | 73.166.155.38 | 51431 | 7/28/2016 2:01 | Houston | Harris |